United States District Court
Eastern District of Michigan
Southern Division

United States of America,

Case No. 2:23-cr-20573

v.

Hon. Nancy G. Edmunds

Illya Angelov,

Defendant.

_____/

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO UNSEAL DOCKET

The United States of America hereby moves for an order unsealing the docket in this case, and states that the circumstances requiring the docket to be sealed are no longer present.

The United States of America also states that it has conferred with counsel for the defendant, and the defendant does not oppose this motion.

WHEREFORE, the government requests this Court to issue an order unsealing the docket with the following exceptions:

(1) Any docket entries that were previously independently sealed; and

(2) All docket entries involving stipulations and orders concerning scheduling.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/Timothy J. Wyse*
TIMOTHY J. WYSE
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226

Dated: March 16, 2026

## Certificate of Service

I certify that on March 16, 2026, I emailed a copy of this filing to the counsel of record for the defendant.

s/Timothy J. Wyse